**Order entered November 30, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01199-CV

**DAVID J. SWEARINGEN, Appellant**

**V.**

**WILLIAM L. SWEARINGEN, II, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00454-2014**

## ORDER

Appellant has filed a petition for permissive interlocutory appeal pursuant to section 51.014(d) of the Texas Civil Practice and Remedies Code and Texas Rule of Appellate Procedure 28.3. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(d) (West Supp. 2015); TEX. R. APP. P. 28.3. Section 51.014(d) and rule 28.3 afford parties an opportunity to appeal an interlocutory order that would not otherwise be appealable. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(d); TEX. R. APP. P. 28.3. The order appellant seeks to appeal grants an application to stay arbitration filed in accordance with section 171.023(a) of the civil practice and remedies code. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 171.023(a) (West 2011). An appeal from an order staying arbitration is authorized by the practice and remedies code. *See id.* § 171.098(a)(2). Accordingly, permission is unnecessary.

We construe appellant's petition as a notice of accelerated appeal filed as of October 19, 2015.  As the record has been filed, we **ORDER** appellant to file his brief on the merits no later than December 21, 2015.  *See* TEX. R. APP. P. 38.6(a).


/s/     CRAIG STODDART
JUSTICE